IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HCA HEALTH SERVICES OF TENNESSEE, INC. d/b/a CENTENNIAL MEDICAL CENTER, | ) ) ) ) |
| Plaintiff, | ) No. 3:12-cv-00155 ) |
| v. | ) Judge Nixon ) Magistrate Judge Griffin |
| AFTRA HEALTH AND RETIREMENT FUNDS and CAREALLIES, LLC | ) ) ) |
| Defendants. | ) ) |

## ORDER

Pending before the Court is a Motion to Adjourn Pre-Trial and Trial Dates ("Motion"), filed by Defendants AFTRA Health and Retirement Funds and CareAllies, LLC. (Doc. No. 41.) Defendants request the trial and pretrial deadlines be adjourned for sixty days due to the fact that motions for summary judgment remain pending in this case (Doc. Nos. 21; 25), and further request a hearing on the motions for summary judgment. (Doc. No. 41.) Defendants state they consulted Plaintiff but the parties could not agree on a date for their requested hearing. (*Id.* at 1.)

The Court finds Defendant's request to continue trial and pretrial deadlines to be reasonable. Accordingly, the Court **GRANTS** the Motion to the extent trial in this matter is **CONTINUED** to **April 8, 2014, at 10:00 a.m.** and the pretrial conference is **CONTINUED** to **March 28, 2014, at 10:00 a.m.** Pretrial deadlines shall be as follows: motions in limine and other pretrial motions shall be filed on or before **March 10, 2014**; and the Parties shall serve and file their final witness lists and submit a proposed joint pretrial order on or before **March 21, 2014**. The Court will schedule a hearing on the pending motions for summary judgment should it be necessary for their resolution.

It is so ORDERED.

Entered this the 16 day of October, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT